**UNITED STATES DISTRICT COURT**
**District of Maine**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JANE ROLLINSON<br>and DANIEL GREGORIE,<br><br>Plaintiff(s),<br><br>v.<br><br>BRIGHTON MARINE, INC., et al.,<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:16:cv-00447<br>Judge Lance Walker |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE JOHNS HOPKINS MEDICAL SERVICES CORPORATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the United States District Court for the District of Maine, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant The Johns Hopkins Medical Services Corporation (JHMSC) in the above-captioned action hereby certifies that JHMSC's parent is The Johns Hopkins Health System Corporation, which is a 100 percent owner of JHMSC. Thus, there is no other entity or individual that owns more than 10 percent of JHMSC's stock or has a 10 percent or more ownership interest in JHMSC.

Date: March 13, 2024

ZUCKERMAN SPAEDER LLP

By: */s/ Martin S. Himeles, Jr.*
Martin S. Himeles, Jr.
(MD Bar# 90001080001)
(Mot. Admission Pro Hac Vice Pending)

By: */s/ Sara Alpert Lawson*
Sara Alpert Lawson
(MD Bar# 201306120001)
(Mot. Admission Pro Hac Vice Pending)

100 East Pratt St., Suite 2440
Baltimore, MD 21202-1031
(410) 778-1800
MHimeles@zuckerman.com
SLawson@zuckerman.com

By: /s/ J. Benjamin Jernigan
J. Benjamin Jernigan
(D.C. Bar No. 9000865)
(Mot. Admission Pro Hac Vice Pending)
1800 M Street, NW, Suite 1000
Washington, DC 20036
(202) 778-1800
bjernigan@zuckerman.com

McCLOSKEY, MINA, CUNNIF, & FRAWLEY, LLC

By: /s/ Thimi R. Mina
Thimi R. Mina (Bar # 3072)

By: /s/ Alfred C. Frawley IV
Alfred C. Frawley IV (Bar # 4854)

12 City Center
Portland, ME 04101
(207) 772-6805
tminna@lawmmc.com
afrawley@lawmmc.om

*Attorneys for Defendant The Johns Hopkins Medical Services Corporation*

# CERTIFICATE OF SERVICE

I, Alfred C. Frawley IV, hereby certify that on this 13th day of March, 2024, I filed the foregoing **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE JOHNS HOPKINS MEDICAL SERVICES CORPORATION** with the CM/ECF system, which shall send notification of such filing to counsel of record for all parties.

Dated at Portland, Maine, this 13th day of March, 2024.

/s/ Alfred C. Frawley IV
Alfred C. Frawley IV

MCCLOSKEY, MINA, CUNNIFF & FRAWLEY, LLC
12 City Center
Portland, Maine
Tel.: 207.772.6805
Fax: 207.879.9375
afrawley@lawmmc.com

*Counsel for The Johns Hopkins Medical Services Corporation*