**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JANE ROLLINSON<br>and DANIEL GREGORIE,<br><br>Plaintiffs,<br><br>v.<br><br>BRIGHTON MARINE, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:16-cv-00447-LEW |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MARTIN'S POINT HEALTH CARE, INC.**

Defendant Martin's Point Health Care, Inc., through its counsel and pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure and Local Rule 7.1(a)(1), makes the following disclosure statement:

Defendant, a non-governmental corporation, has no parent corporation, publicly held corporation, affiliated corporation, limited liability company, partnership, firm, joint venture, trust, or other entity, or any individual owning 10% or more of its stock or having 10% or more ownership interest in Defendant.

[SIGNATURE ON NEXT PAGE]

Dated: April 19, 2024

Respectfully submitted,

Martin's Point Health Care, Inc.,

By its attorneys,

*/s/ George T. Dilworth*

George T. Dilworth
Julia G. Pitney
Oliver Mac Walton
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480
Tel. (207) 253-0521
Fax (207) 772-3627
tdilworth@dwmlaw.com
jpitney@dwmlaw.com
owalton@dwmlaw.com

Brian Dunphy (*pro hac vice* forthcoming)
Kevin McGinty (*pro hac vice* forthcoming)
Caitie Hill (*pro hac vice* forthcoming)
Nicole Henry (*pro hac vice* forthcoming)
Mintz, Levin, Cohn, Ferris, Glovsky
and Popeo, P.C.
One Financial Center
Boston, MA 02111
Tel. (617) 542-6000
Fax (617) 542-2241
BDunphy@mintz.com
KMcginty@mintz.com
CAHill@mintz.com
NEHenry@mintz.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2024, I served a true and correct copy of the foregoing document via the Court's Electronic Filing System, which will electronically send notice to all counsel of record.

*/s/ George T. Dilworth*

George T. Dilworth

Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480
Tel. (207) 253-0521
Fax (207) 772-3627
tdilworth@dwmlaw.com