UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JANE ROLLINSON<br>and DANIEL GREGORIE,<br><br>      Plaintiffs,<br><br>v.<br><br>BRIGHTON MARINE, INC., et al.,<br><br>      Defendants. | Case No. 2:16-cv-00447-LEW |

**JOINT STATUS REPORT**

Plaintiff, the United States, and Defendants, Brighton Marine, Inc., CHRISTUS Health, The Johns Hopkins Medical Services Corporation, Martin's Point Health Care, Inc., PacMed Clinics, Saint Vincent Catholic Medical Centers of New York, and US Family Health Plan Alliance, LLC (collectively, "Defendants"), hereby jointly submit this status report:

1. The parties filed a Joint Motion to Stay All Deadlines Pending Completion of Mediation on May 10, 2024. (ECF No. 123).

2. The Court granted the Joint Motion to Stay and instructed the parties to file a status report on or about August 16, 2024. (ECF No. 124). The parties are filing this Joint Status Report in response to the Court's Order.

3. The parties participated in a mediation session with mediator Hon. Janice M. Symchych (Ret.) on August 6-7, 2024.

4. The parties did not reach a settlement agreement during mediation, but most Defendants are continuing to engage in settlement discussions following the mediation sessions with the assistance of mediator Symchych.

5.      To avoid the burden and expense of motion practice while engaged in continuing settlement discussions and in the interest of judicial efficiency, the parties wish to extend the stay of deadlines in this matter and propose a deadline by which Defendants will jointly respond to the Complaint in Intervention.

6.      Defendants intend to jointly respond to the Complaint in Intervention if settlement discussions are not successful (in addition to one anticipated motion that applies only to one defendant). Thus, to avoid certain defendants filing motions to dismiss individually while other defendants continue settlement discussions, the parties propose staying the deadlines for all Defendants while those settlement discussions continue.

7.      The parties propose that they provide a joint status report to the Court in thirty (30) days, by September 16, 2024, updating the Court on the status of the continuing settlement discussions. If settlement discussions are unsuccessful, Defendants will respond to the Complaint in Intervention by October 7, 2024. If any defendant files a motion to dismiss the Complaint in Intervention, the United States will have until November 25, 2024, to file its response. Any moving defendant will then have until January 6, 2025, to file its reply.

8.      The parties are prepared to submit a joint motion to request the extension proposed herein should the Court deem it necessary and appropriate.

Respectfully submitted,

/s/ Julia G. Pitney

Dated: August 16, 2024

George T. Dilworth, Bar No. 3639
Julia G. Pitney, Bar No. 10021
Oliver Mac Walton, Bar No. 6340
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480
Tel. (207) 772-1941
Fax (207) 772-3627

    tdilworth@dwmlaw.com
    jpitney@dwmlaw.com
    owalton@dwmlaw.com

    Brian Dunphy (*pro hac vice*)
    Kevin McGinty (*pro hac vice*)
    Caitie Hill (*pro hac vice*)
    Nicole Henry (*pro hac vice*)
    Mintz, Levin, Cohn, Ferris, Glovsky
      and Popeo, P.C.
    One Financial Center
    Boston, MA 02111
    Tel. (617) 542-6000
    Fax (617) 542-2241
    BDunphy@mintz.com
    KMcginty@mintz.com
    CAHill@mintz.com
    NEHenry@mintz.com

    *Attorneys for Defendants Brighton Marine, Inc., Martin's Point Healthcare, Inc., Saint Vincent Catholic Medical Centers of New York, PacMed Clinics, US Family Health Plan Alliance*

Dated: August 16, 2024
    /s/ Jeff Layne_____
    Jeff Layne
    Megan A. Hudgeons
    Benjamin Koplin
    Reed Smith LLP
    401 Congress Avenue, Suite 1450
    Austin, TX 78701
    512-623-1821
    jlayne@reedsmith.com
    mhudgeons@reedsmith.com
    bkoplin@reedsmaith.com

    *Attorneys for Defendant CHRISTUS Health*

Dated: August 16, 2024 /s/ Martin S. Himeles, Jr.
Martin S. Himeles, Jr.
Sara Alpert Lawson
Zuckerman Spaeder LLP
100 East Pratt St., Suite 2440
Baltimore, MD 21202-1031
(410) 778-1800
MHimeles@zuckerman.com
SLawsom@zuckerman.com

Benjamin Jernigan
Zuckerman Speader LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
(202) 778-1800
BJernigan@zuckerman.com

Thimi R. Mina
Alfred C. Frawley IV
McCloskey, Mina, Cunnif & Frawley, LLC
12 City Center
Portland, ME 04101
Tel.: 207.772.6805
Fax: 207.879.9375
tminna@lawmmc.com
afrawley@lawmmc.com

*Attorneys for Defendant The Johns Hopkins Medical Services Corporation*

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

DARCIE N. MCELWEE
United States Attorney

Dated: August 16, 2024 /s/ Diana Cieslak
Andrew K. Lizotte
Assistant U.S. Attorney
202 Harlow Street Bangor, ME 04401 (207) 262-4636 ME 04401
Andrew.Lizotte@usdoj.gov

4

Sheila W. Sawyer
Assistant U.S. Attorney
100 Middle Street East Tower, 6th Floor
Portland, Maine 04101
(207) 771-3246
Sheila.Sawyer@usdoj.gov

JAMIE ANN YAVELBERG
EDWARD CROOKE
DIANA K. CIESLAK
EVAN J. BALLAN
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-1336

*Attorneys for United States*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 16, 2024, I served a true and correct copy of the foregoing document via the Court's Electronic Filing System, which will electronically send notice to all counsel of record.

                                              /s/ Julia G. Pitney
                                              Julia G. Pitney