UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA          )
*ex rel.* JANE ROLLINSON,          )
and DANIEL GREGORIE,              )
                                 )
      Plaintiffs               )
                                 )
v.                               )          2:16-cv-00447-LEW
                                 )
BRIGHTON MARINE, INC., et al.,   )
                                 )
      Defendants                )

**ORDER ON DISCOVERY ISSUES**

On July 7, 2026, the Court conducted a videoconference of counsel to address certain discovery issues. For the reasons stated on the record, the Court finds and orders:

1. To resolve the parties' dispute regarding Plaintiffs' response to requests for documents numbered 10 and 11, Defendants may serve upon Plaintiffs two to four interrogatories regarding the Plaintiffs' calculation of the statutory limit under § 726(b) of the National Defense Authorization Act of 1997 as referenced in the complaint in intervention. The interrogatories shall not count toward the interrogatory limit established in the Scheduling Order.

2. The parties are in the process of locating and producing documents in response to the opposing side's requests for documents. The parties acknowledge that the documents will be produced on a rolling basis. On or about the fifteenth day of each month, beginning in July, each party shall notify the opposing parties of the

status of the party's efforts to locate and produce the documents. The notice shall include an estimate of the time necessary to complete the production.

3. On or before July 15, 2026, the parties shall submit a proposed briefing schedule regarding the application/scope of the "advice of counsel" defense, including the scope of any waiver of the related privilege.

4. As to Plaintiffs' requests for documents numbered 4, 8, 9, 10, 12, and 53, on or before July 22, 2026, Defendants shall advise Plaintiffs in writing whether Defendants have withheld or intend to withhold any responsive documents and state the reasons for each withholding. If Plaintiffs object to any withholding, Plaintiffs shall so advise Defendants, and the parties shall attempt to resolve the objection. If the parties are unable to resolve the disagreement, the parties may request a discovery conference in accordance with District of Maine Local Rule 26(c). Defendants' response to requests for documents numbered 4, 8, 9, 10, 12, and 53, shall be subject to the reporting requirements of paragraph 2 of this order.

## <u>NOTICE</u>

Any objections to the Order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 8th day of July, 2026.

2